UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:18-CR-181 |
| v. | ) | |
| | ) | JUDGE VARLAN |
| ANNA MCKINNON | ) | |

## UNITED STATES' SENTENCING MEMORANDUM

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby states that, apart from the information contained in the Presentence Investigation Report ("PSR"), the United States has no additional information regarding the issue of sentencing. The Government submits that based on the information provided in the PSR that a sentence within the guideline range would be sufficient, but not greater than necessary, to satisfy the factors set forth in 18 U.S.C. § 3553.

However, the United States reserves the right to offer argument and proof at the sentencing hearing as it deems appropriate and as the Court permits.

Respectfully submitted this 11th day of April, 2019.

                                                J. DOUGLAS OVERBEY
                                                UNITED STATES ATTORNEY

                     By:    s/ *Alan S. Kirk*
                             Alan S. Kirk
                             Assistant United States Attorney
                             800 Market Street, Suite 211
                             Knoxville, TN 37902
                             (865) 545-4167

## CERTIFICATE OF SERVICE

       I hereby certify that on April 11, 2019, a copy of the foregoing was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                               s/ *Alan S. Kirk*
                                               Alan S. Kirk
                                               Assistant United States Attorney